**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>v.<br><br>**DODGE 2010,**<br><br>   Defendant. | Case No. 12-2222 |

# REPORT AND RECOMMENDATION

  On October 25, 2012, Claimant Tracy Williams filed a Claim of Ownership (#11) regarding the 2010 Dodge Challenger at issue in this case. On December 10, 2012, Plaintiff filed a Motion to Strike Claim Filed by Tracy Williams and Application for Entry of Default Against Defendant and All Other Known and Unknown Potential Claimants (#13). Claimant Tracy Williams filed no written opposition and offered no arguments in opposition at a hearing held January 16, 2013, on Plaintiff's motion. In the absence of opposition from Claimant, and for the reasons articulated by Plaintiff in its motion, the Court recommends that Plaintiff's Motion to Strike Claim Filed by Tracy Williams and Application for Entry of Default Against Defendant and All Other Known and Unknown Potential Claimants **(#13)** be **GRANTED**.

  The parties are advised that any objection to this recommendation must be filed in writing with the clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

  ENTERED this 17th day of January, 2013.

                        /s DAVID G. BERNTHAL
                       UNITED STATES MAGISTRATE JUDGE